UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00582
consolidated with No. 6:20-cv-00583

**Johnny Lee Wickware**,
*Plaintiff,*
v.
**Sheriff Larry Smith et al.**,
*Defendants.*

# FINAL JUDGMENT

The court, having rendered its decision by separate order, hereby enters judgment that all claims in this matter are dismissed without prejudice. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on November 8, 2021.*

J. CAMPBELL BARKER
United States District Judge